1254

No. 10–6490. GREENE *v.* KELLY SERVICES, INC., *ante,* p. 1033; and

No. 10–6915. GREENE *v.* CALIFORNIA STATE PRISON ET AL., *ante,* p. 1113. Motions for leave to file petitions for rehearing denied.

No. 10–565. TIBBETTS *v.* DITTES ET AL., *ante,* p. 1124. Petition for rehearing denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

FEBRUARY 28, 2011

No. 08–1120. AMERICAN HOME PRODUCTS CORP., DBA WYETH, ET AL. *v.* FERRARI ET AL. Sup. Ct. Ga. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bruesewitz* v. *Wyeth LLC, ante,* p. 223. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–668. PRIESTER *v.* FORD MOTOR CO. Sup. Ct. S. C. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Williamson* v. *Mazda Motor of America, Inc., ante,* p. 323.

No. 10–681. UNITED STATES *v.* DEWAR ET AL. C. A. 2d Cir. Motions of respondents for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Abbott* v. *United States, ante,* p. 8. JUSTICE SOTOMAYOR and JUSTICE KAGAN took no part in the consideration or decision of these motions and this petition.

No. D–2547. IN RE DISBARMENT OF WILSON. Disbarment entered. [For earlier order herein, see *ante,* p. 815.]

No. 10M59. MALLO *v.* WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES ET AL. Renewed motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.

No. 10M75. EVANS *v.* SUTER, CLERK, SUPREME COURT OF THE UNITED STATES, ET AL.;